UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
MARK YOUNGERS, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

        Plaintiffs,

  -against-

VIRTUS INVESTMENT PARTNERS, INC., *et al.*

        Defendants.
------------------------------------------------------- X

Case No. 15-8262-WHP

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support, defendants Leroy Keith Jr., Philip R. McLoughlin, Geraldine M. McNamara, James M. Oates, Richard E. Segerson, and Ferdinand L.J. Verdonck, through their undersigned counsel, will move this Court at the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Second Amended Complaint.

Date: February 1, 2016
      New York, New York

BAKER & HOSTETLER LLP

/s/ Geoffrey H. Coll
Geoffrey H. Coll
Email: gcoll@bakerlaw.com
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201

*Attorneys for the Independent Trustee Defendants*