UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK YOUNGERS, KIMBALL LLOYD, FRANCES BRIGGS, JOSEPH D. MITCHELL, BRENDAN HOFFMAN, AND ALFRED TOLLI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                                Plaintiffs,<br><br>- against -<br><br>VIRTUS INVESTMENT PARTNERS, INC., VIRTUS INVESTMENT ADVISERS, INC., F-SQUARED INVESTMENTS, INC., F-SQUARED ALTERNATIVE ADVISORS, LLC, F-SQUARED INSTITUTIONAL ADVISORS, LLC, F-SQUARED INVESTMENT MANAGEMENT, LLC, EUCLID ADVISORS, LLC, VP DISTRIBUTORS, LLC, GEORGE R. AYLWARD, MICHAEL A. ANGERTHAL, W. PATRICK BRADLEY, LEROY KEITH, JR., PHILIP R. MCLOUGHLIN, GERALDINE M. MCNAMARA, JAMES M. OATES, RICHARD E. SEGERSON, FERDINAND L.J. VERDONCK, FRANCIS G. WALTMAN, MARK S. FLYNN, HOWARD PRESENT, AMY ROBINSON,<br><br>                                Defendants,<br><br>- and –<br><br>VIRTUS OPPORTUNITIES TRUST,<br><br>                                Nominal Defendant. | Case No. 15-cv-8262 (WHP)<br><br>ECF Case |

## NOTICE OF MOTION TO DISMISS THE
## SECOND AMENDED CLASS ACTION COMPLAINT

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Virtus Defendants' Motion To Dismiss the Second Amended Class Action Complaint, the Declaration of Daniel J. Stujenske, Esq., dated February 1, 2016, and the exhibits

1

attached thereto, Defendants Virtus Investment Partners, Inc., Virtus Investment Advisers, Inc., Euclid Advisors, LLC, VP Distributors, LLC, George R. Aylward, Michael A. Angerthal, W. Patrick Bradley, Francis G. Waltman, Mark S. Flynn and Amy Robinson and Nominal Defendant Virtus Opportunities Trust (collectively, the "Virtus Defendants"), by and through their undersigned attorneys, will move this Court, before the Honorable William H. Pauley III, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on April 8, 2016 at 11:00 a.m., for an Order dismissing Plaintiffs' Second Amended Class Action Complaint pursuant to the Private Securities Litigation Reform Act of 1995 and Federal Rules of Civil Procedure 9(b), 12(b)(6), and 23.1(b).

Dated: New York, New York
       February 1, 2016

                                        SIMPSON THACHER & BARTLETT LLP

                                        By: /s/ Joseph M. McLaughlin
                                             Joseph M. McLaughlin
                                             Daniel J. Stujenske
                                             Shannon K. McGovern
                                             425 Lexington Avenue
                                             New York, New York
                                             Telephone: (212) 455-2000
                                             Facsimile: (212) 455-2502

                                             *Attorneys for Virtus Defendants*