UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK YOUNGERS, KIMBALL LLOYD, FRANCES BRIGGS, JOSEPH D. MITCHELL, BRENDAN HOFFMAN, and ALFRED TOLLI, individually and on behalf of all others similarly situated,<br>              Plaintiffs,<br>vs.<br><br>VIRTUS INVESTMENT PARTNERS, INC., VIRTUS INVESTMENT ADVISERS, INC., F-SQUARED INVESTMENTS, INC., F-SQUARED ALTERNATIVE ADVISORS, LLC, F-SQUARED INSTITUTIONAL ADVISORS, LLC, F-SQUARED INVESTMENT MANAGEMENT, LLC, EUCLID ADVISORS, LLC, VP DISTRIBUTORS, LLC, GEORGE R. AYLWARD, MICHAEL A. ANGERTHAL, W. PATRICK BRADLEY, LEROY KEITH, JR., PHILIP R. MCLOUGHLIN, GERALDINE M. MCNAMARA, JAMES M. OATES, RICHARD E. SEGERSON, FERDINAND L.J. VERDONCK, FRANCIS G. WALTMAN, MARK S. FLYNN, HOWARD PRESENT, AMY ROBINSON<br>              Defendants,<br><br>            -and-<br><br>VIRTUS OPPORTUNITIES TRUST,<br>              Nominal Defendant. | No. 15-8262-WHP<br><br>CLASS ACTION |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Howard Present, by and through his counsel, Serpe Ryan LLP, and upon the accompanying Memorandum of Law, the accompanying Declaration of Paul W. Ryan, dated February 1, 2016, and exhibits thereto, will move this Court, on April 8, 2016 at 11 a.m., for an order dismissing with prejudice the claims against him in the Second Amended Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), in addition to the Private Securities Litigation Reform Act.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order, dated November 24, 2015, Plaintiffs shall serve opposing papers, if any, no later than February 29, 2016, and Mr. Present shall serve reply papers, if any, no later than March 11, 2016.

Dated:  New York, NY
         February 1, 2016

**SERPE RYAN LLP**

__/s/ Paul W. Ryan_____
Paul W. Ryan
1115 Broadway, 11th Floor
New York, NY 10010
Telephone: (212) 257-5011
pryan@serperyan.com

*Attorneys for Defendant*
*Howard Present*

2