UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK YOUNGERS, KIMBALL LLOYD, FRANCES BRIGGS, JOSEPH D. MITCHELL, BRENDAN HOFFMAN, AND ALFRED TOLLI, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>– against –<br><br>VIRTUS INVESTMENT PARTNERS, INC., VIRTUS INVESTMENT ADVISERS, INC., F-SQUARED INVESTM,ENTS, INC., F-SQUARED ALTERNATIVE ADVISORS, LLC, F-SQUARED INSTITUTIONAL ADVISORS, LLC, F-SQUARED INVESTMENT MANAGEMENT, LLC, EUCLID ADVISORS, LLC, VP DISTRIBUTORS, LLC, GEORGE R. AYLWAYD, MICHAEL A. ANGERTHAL, W. PATRICK BRADLEY, LEROY KEITH, JR., PHILIP R. MCLOUGLIN, GERALDINE M. MCNAMARA, JAMES M. OATES, RICHARD E. SEGERSON, FERDINAND L.J. VERDONCK, FRANCIS G. WALTMAN, MARK S. FLYNN, HOWARD PRESENT, AMY ROBINSON<br><br>      Defendants.<br><br>– and –<br><br>VIRTUS OPPORTUNITIES TRUST,<br><br>      Nominal Defendant. | No. 1:15-CV-08262 (WHP) |

## NOTICE OF APPEARANCE

  The undersigned respectfully enters his appearance as counsel for F2 Liquidating Trust. Defendants F-Squared Investments, Inc., F-Squared Alternative Investments, LLC, F-Squared Institutional Advisors, LLC, and F-Squared Investment Management, LLC (collectively, the "F-Squared Defendants") have either been dissolved or are in the process of being dissolved, and all

of the assets and liabilities of the F-Squared Defendants and their estates have been transferred to F2 Liquidating Trust.

The undersigned has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of F2 Liquidating Trust. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
April 22, 2016

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Aric H. Wu
     Aric H. Wu

200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
awu@gibsondunn.com

*Attorneys for F2 Liquidating Trust*