UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK YOUNGERS, KIMBALL LLOYD, FRANCES BRIGGS, JOSEPH D. MITCHELL, BRENDAN HOFFMAN, AND ALFRED TOLLI, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>– against –<br><br>VIRTUS INVESTMENT PARTNERS, INC., VIRTUS INVESTMENT ADVISERS, INC., F-SQUARED INVESTM,ENTS, INC., F-SQUARED ALTERNATIVE ADVISORS, LLC, F-SQUARED INSTITUTIONAL ADVISORS, LLC, F-SQUARED INVESTMENT MANAGEMENT, LLC, EUCLID ADVISORS, LLC, VP DISTRIBUTORS, LLC, GEORGE R. AYLWAYD, MICHAEL A. ANGERTHAL, W. PATRICK BRADLEY, LEROY KEITH, JR., PHILIP R. MCLOUGLIN, GERALDINE M. MCNAMARA, JAMES M. OATES, RICHARD E. SEGERSON, FERDINAND L.J. VERDONCK, FRANCIS G. WALTMAN, MARK S. FLYNN, HOWARD PRESENT, AMY ROBINSON<br><br>     Defendants.<br><br>– and –<br><br>VIRTUS OPPORTUNITIES TRUST,<br><br>     Nominal Defendant. | No. 1:15-CV-08262 (WHP) |

**RULE 7.1 STATEMENT OF F2 LIQUIDATING TRUST**

  Defendants F-Squared Investments, Inc., F Squared Alternative Investments, LLC, F-Squared Institutional Advisors, LLC, and F-Squared Investment Management, LLC (collectively, the "F-Squared Defendants") have either been dissolved or are in the process of being dissolved, and all of the assets and liabilities of the F-Squared Defendants and their estates have been transferred to F2 Liquidating Trust.

Pursuant to Federal Rule of Civil Procedure 7.1, F2 Liquidating Trust hereby certifies that it has no parent corporation and that no publicly held corporation holds 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>April 22, 2016 | Respectfully submitted,<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>By:  /s/ Aric H. Wu  <br>       Aric H. Wu (awu@gibsondunn.com)<br><br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br><br>*Attorneys for F2 Liquidating Trust* |