Pauley, W.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK YOUNGERS, KIMBALL LLOYD, FRANCES BRIGGS, JOSEPH D. MITCHELL, BRENDAN HOFFMAN, AND ALFRED TOLLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>- against -<br><br>VIRTUS INVESTMENT PARTNERS, INC., *et al.*,<br><br>Defendants. | Case No. 15-cv-8262 (WHP)<br><br>ECF Case<br><br>**STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

WHEREAS, the statute of limitations applicable to claims under both Section 11 and Section 12(a)(2) of the Securities Act of 1933 is contained in Section 13 of the Securities Act, 15 U.S.C. § 77m; and

WHEREAS, the Court held in its July 1, 2016 Opinion and Order that Plaintiffs' claim under Section 11 of the Securities Act is time-barred under the one-year discovery provision of Section 13;

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs' claim under Section 12(a)(2) (Count IV), the sole remaining claim against Defendant VP Distributors, LLC, also is hereby dismissed with prejudice in accordance with the Court's holding in the July 1 Order as to the Section 11 claim, except as to the parties' appellate rights, which are preserved in full.

**STIPULATED TO BY:**

Date: September 9, 2016

**THE ROSEN LAW FIRM, P.A.**

Laurence M. Rosen, Esq.
Phillip Kim, Esq.
Jonathan Stern, Esq.
275 Madison Avenue, 34th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
　　　　pkim@rosenlegal.com
　　　　jstern@rosenlegal.com

*Counsel for Plaintiffs*

**SIMPSON THACHER & BARTLETT LLP**

Joseph M. McLaughlin
George S. Wang
Daniel J. Stujenske
Shannon K. McGovern
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
Email: jmclaughlin@stblaw.com
　　　　gwang@stblaw.com
　　　　dstujenske@stblaw.com
　　　　smcgovern@stblaw.com

*Counsel for Defendants Virtus Investment Partners, Inc., VP Distributors, LLC, and George R. Aylward*

**SO ORDERED:**

WILLIAM H. PAULEY III
U.S.D.J.

9/16/16

2