UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
MARK YOUNGERS, *et al.*, *individually and on*
*behalf of all others similarly situated*,   :
                                    :
                Plaintiffs,         :   15cv8262
                                    :
        -against-                   :   <u>OPINION & ORDER</u>
                                    :
VIRTUS INVESTMENT PARTNERS INC., *et al.*,
                                    :
                Defendants.         :
                                    :
------------------------------------X
WILLIAM H. PAULEY III, District Judge:

       The parties having appeared for pre-motion conference on July 19, 2017, the following schedule is entered on consent:

(1) Plaintiffs will file their motion to amend the complaint by July 28, 2017;

(2) Defendants will file their opposition by August 11, 2017;

(3) Any reply will be filed on August 18, 2017; and

(4) The parties will appear for an oral argument on September 7, 2017 at 11:00 a.m.

Dated: July 20, 2017
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.