Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK YOUNGERS, et al,<br><br>    Plaintiffs,<br><br>-against-<br><br>VIRTUS INVESTMENT PARTNERS, INC., et al<br><br>    Defendants. | ) No. 15-8262-WHP<br>)<br>)<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF MOTION FOR LEAVE TO AMEND

PLEASE TAKE NOTICE that, upon the accompanying Memorandum in Support, the accompanying Declaration of Jonathan Stern, and the exhibits attached thereto, Lead Plaintiffs Mark Youngers, Kimball Lloyd, and Frances Briggs, named plaintiffs William Echols, Joseph Mitchell, and Louise Quigley, through their undersigned counsel, will move this Court at the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an order pursuant to Federal Rule of Civil Procedure 15 for leave to file an Amended Complaint.

Dated: July 28, 2017                                Respectfully submitted,

                                                    **THE ROSEN LAW FIRM, P.A.**

                                                    /s/ Jonathan Stern, Esq.
                                                    Laurence M. Rosen, Esq.
                                                    Jonathan Stern, Esq.
                                                    THE ROSEN LAW FIRM, P.A.
                                                    275 Madison Avenue, 34th Floor
                                                    New York, NY 10016
                                                    Telephone: (212) 686-1060
                                                    Facsimile: (213) 202-3827
                                                    Email: lrosen@rosenlegal.com
                                                    Email: jstern@rosenlegal.com